

Attorneys admitted in
California, New York,
Texas, Colorado, and Illinois

Sender's contact:
djenkins@donigerlawfirm.com
(310) 590-1820

Doniger / Burroughs Building
603 Rose Avenue
Venice, California 90291

Doniger / Burroughs NY
247 Water Street, First Floor
New York, New York 10038

**DELIVERED VIA ECF**
Honorable P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007-1312

                Case Title:    *Andy Ryan Photographer, LLC v. Designer Appliances, Inc.; et al.*
                                      1:25-cv-02138-PKC
                Re:               Request to Adjourn Conference

Your Honor:

      This office represents Plaintiff, Andy Ryan Photographer, LLC, in the above-referenced matter. We respectfully request that the Court adjourn the initial pretrial conference currently scheduled for May 12, 2025 (Dkt. 9), for an additional two (2) weeks, and reschedule it to May 26, 2025, or to a later date that is convenient for the Court.

      Good cause exists for this request. To date, Plaintiff has not received any communication from Defendant, despite having served them. This is Plaintiff's first request for an adjournment of the conference.

      We thank the Court for its time and attention to this matter.

                                                         Respectfully submitted,

Initial conference is adjourned from May 12, 2025 to June 12, 2025 at 11:00 a.m., in person in Courtroom 11D, 500 Pearl Street, New York.

By:  */s/ David Michael Stuart Jenkins*
      David Michael Stuart Jenkins, Esq.
      DONIGER / BURROUGHS
      For the Plaintiff

**SO ORDERED.**

Date: __May 6__, 2025

_____
Honorable P. Kevin Castel
United States District Judge

1